# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| DJ Coleman Inc., ) | |
| ) | **ORDER GRANTING MOTION TO** |
| Plaintiff, ) | **APPEAR PRO HAC VICE** |
| ) | |
| vs. ) | |
| ) | |
| Nufarm Americas, Inc., ) | Case No. 1:08-cv-051 |
| ) | |
| Defendant. ) | |

___

Before the court is the Defendant's Motion for attorney Gary W. Callahan to Appear Pro Hac Vice on its behalf. In accordance with Local Rule 79.1(D), Mr. Callahan has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Mr. Callahan has also paid the required admission fee to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 5) is **GRANTED.** Mr. Callahan is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court