**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

|  |  |  |
|---|---|---|
| DJ Coleman, Inc., | ) | |
|  | ) | **ORDER (AMENDED)** |
| Plaintiff, | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
| Nufarm Americas, Inc., | ) | Case No.  1:08-cv-051 |
|  | ) | |
| Defendant. | ) | |

_____

On December 12, 2008, the parties filed a Stipulation to Extend Deadline to Move to Join Additional Parties.  Scheduling plan previously approved by the court contains a January 1, 2009,  deadline for filing motion to join additional parties.  The parties have agreed to extend the deadline by one month.  The court **ADOPTS** the parties' stipulation (Docket No.  15) and **ORDERS** that the scheduling/discovery plan shall be amended as follows:

6. The parties shall have until February 2, 2009, to move to join additional parties.

Dated this 15th day of December, 2008.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge