**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| DJ Coleman Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Nufarm Americas Inc., | ) | Case No.  1:08-cv-051 |
| | ) | |
| Defendant. | ) | |

_____

On February 24, 2009, the parties filed a Stipulation to Extend Deadlines.  The court **ADOPTS** the parties' stipulation.  The Scheduling/Discovery Order of July 22, 2008, shall be amended as follows:

   3.   The parties shall have until June 1, 2009, to complete fact discovery and to file discovery motions.

   4.   The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by June 15, 2009.

   10.  The parties shall have until July 1, 2009, to file other dispositive motions.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2009.

                                           */s/  Charles S.  Miller, Jr.*
                                           Charles S.  Miller, Jr.
                                           United States Magistrate Judge