**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| DJ Coleman Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nufarm Americas, Inc. | ) | |
| | ) | Case No.  1:08-cv-051 |
| Defendant. | ) | |

_____

On June 26, 2009, the parties filed a "Stipulation to File Memoranda in Support of and Opposition to Motion for Summary Judgment That Exceeds the Page Limits."  The court **ADOPTS** the parties' stipulation (Docket No.  26).  The parties are granted leave to file memoranda up to sixty (60) pages in length, with forty-five (45) pages of argument.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2009.

                                                */s/  Charles S.  Miller, Jr.*
                                                Charles S.  Miller, Jr.
                                                United States Magistrate Judge