**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| DJ Coleman Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nufarm Americas Inc., | ) | |
| | ) | Case No. 1:08-cv-051 |
| Defendant. | ) | |

On July 2, 2009, the parties filed a Stipulation to Extend Deadline to Complete Discovery Depositions of Expert witnesses. The court **ADOPTS** the parties' stipulation (Docket No. 32). The scheduling and discovery order shall be amended as follows:

5. The parties shall have until August 20, 2009, to complete discovery depositions of expert witnesses. The deadline for the plaintiff's reply to the plaintiff's brief in opposition to the defendant's motion for summary judgment shall be extended to August 26, 2009.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2009.

              */s/ Charles S. Miller, Jr.*
              Charles S. Miller, Jr.
              United States Magistrate Judge